IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01676-EWN-MEH

LLOYD VICTOR HAYNES,

    Plaintiff,

v.

ELLEN WALKER,

    Defendant.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 18 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Dated: October 16, 2007

BY THE COURT:

s/ Edward W. Nottingham
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01676-EWN-MEH

Lloyd V. Haynes
Prisoner No. 129758
Trinidad Corr. Facility
PO Box 1000
Trinidad, CO 81082

US Marshal Service
Service Clerk
Service forms for: Ellen Walker

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Ellen Walker: COMPLAINT FILED 08/09/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/18/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk