IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01676-EWN-MEH

LLOYD VICTOR HAYNES,

    Plaintiff,

v.

ELLEN WALKER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 10, 2007.**

    Defendant's Unopposed Motion to Stay Discovery and Disclosures and to Vacate Preliminary Pretrial Conference [filed December 7, 2007; doc #33] is **granted**. The Preliminary Pretrial Conference currently scheduled for February 5, 2008 is hereby **vacated**. The parties are directed to contact Chambers at (303) 844-4507 within five (5) days of the ruling on the dispositive motion currently pending in this matter, to reschedule the Preliminary Pretrial Conference, if necessary.