IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01676-EWN-MEH

LLOYD VICTOR HAYNES,

    Plaintiff,

v.

ELLEN WALKER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 19, 2007.**

    Plaintiff's unopposed Motion Requesting Reconsideration of Original Decision regarding Scheduling Conference [filed December 12, 2007; doc #36] is **granted**. Plaintiff shall file a response to Defendant's Motion to Dismiss **on or before February 5, 2008**. No further extensions will be granted absent a showing of good cause.

    All other deadlines and conference dates shall remain the same.