IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01676-EWN-KMT

LLOYD VICTOR HAYNES,

    Plaintiff,

v.

ELLEN WALKER, and
ARTHUR J. OSIER,

    Defendants.

---

## MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Plaintiff's letter/motion (#51, filed January 22, 2008) requesting that Exhibit O be added to the Amended Complaint (#49, filed January 18, 2008) is GRANTED. Exhibit O was referred to in the Amended Complaint and clearly was meant to be part of that document. The Clerk is directed file Exhibit O, attached to Plaintiff's letter and tendered on January 22, 2008.

Plaintiff's letter/motion #47, filed January 18, 2008, requests relief from the court regarding the number of copies of filings he is required to submit. Local rule 10.1L requires that an original and two copies of every paper shall be filed with the court. However, in this one instance, the Clerk is directed to accept one copy of the response to the motion to dismiss.

Dated: January 23, 2008