IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 07-cv-01676-EWN-KMT | FTR |
| **Date:** August 12, 2008 | Debra Brown, Deputy Clerk |
| LLOYD VICTOR HAYNES | Pro se (Telephone) |
| Plaintiffs. | |
| v. | |
| ELLEN WALKER, et al. | Andrew Mutabaazi Katarikawe |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**STATUS CONFERENCE**

**Court in Session: 9:13 a.m.**

Court calls case. Appearance by Lloyd Hanes, Plaintiff, pro se by telephone and of counsel.

Discussion by the Court regarding the [49] AMENDED COMPLAINT filed on January 08, 2008. The Court notes there has not been any service of the Amended Complaint.

Counsel for Defendants accepts service of the Amended Complaint this date.

Discussion by the Court regarding the pending [23] MOTION to Dismiss by Defendant filed on November 19, 2007.

**ORDERED:** [23] MOTION to Dismiss by Defendant is withdrawn and therefore **DENIED as moot.**

**ORDERED:** Answer by the Defendants and/or a responsive pleading is due on or before August 22, 2008.

**Court in recess : 9:18 a.m**
Total In-Court Time 0:05; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.