IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01676-CMA-KMT

LLOYD VICTOR HAYNES,

    Plaintiff,

v.

ELLEN WALKER, and
ARTHUR J. OSIER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter comes before the court on review of "Plaintiff's Response to Defendant's Reply in Support of Motion to Dismiss" (#90, filed December 30, 2008). Defendant filed her motion to dismiss on August 22, 2008. Plaintiff filed his response on November 4, 2008. Defendant filed her reply on November 18, 2008. Plaintiff filed his response to the reply, essentially a surreply, on December 30, 2008. The Local Rules of Practice for United States District Court for the District of Colorado do not allow for the filing of a surreply. *See* D.C.COLO.LCivR 7.1C. Furthermore, the surreply was filed without leave of the court. The court notes there is a pending motion for extension of time pending, but the motion does not specifically address the filing of a surreply. Therefore, "Plaintiff's Response to Defendant's Reply in Support of Motion to Dismiss" (#90) is STRICKEN.

Any further motions or pleadings filed with in this case shall reference the initials of the district judge and magistrate judge now assigned to this case, CMA-KMT.

Dated: January 9, 2009