IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01676-CMA-KMT

LLOYD VICTOR HAYNES,

    Plaintiff,

v.

ELLEN WALKER, and

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "First Amended Motion to Surreply" (Doc. #96, filed January 12, 2009) is DENIED for failure to confer under local rule 7.1A, for mootness, for failure to show good cause, and for the fact that a surreply has previously been stricken. In addition, the court previously granted Plaintiff's motion to amend his response to the motion to dismiss and has accepted the amended response filed by Plaintiff. There is no reason for any further briefing on this matter, excluding any amended reply that may be filed by Defendant.

As the parties were directed in the minute order dated January 9, 2009, **any further motions or pleadings filed with in this case shall reference the initials of the district judge and magistrate judge now assigned to this case, CMA-KMT.**

Dated: January 14, 2009